**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

NICOLE EVA GROSS O/B/O I.M., J.M., J.M., : No. 593 MAL 2023

           Petitioner : Petition for Allowance of Appeal
: from the Order of the Superior Court

    v. :

JARED ZALMAN MINTZ, :

           Respondent :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.